IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROBERT V. GADSON,

    Plaintiff,

v.                                Civil Action No. 3:09CV765

U.S.A, et al.,

    Defendants.

**MEMORANDUM OPINION**

Robert Gadson, a federal inmate proceeding pro se, submitted this action and has requested leave to proceed in forma pauperis. The pertinent statute provides:

> In no event shall a prisoner bring a civil action [in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). Gadson has at least three other actions that have been dismissed as frivolous or for failure to state a claim. See e.g., Gadson v. Chater, No. 94-2306, 1995 WL 386652, at *1 (4th Cir. June 30, 1995); Gadson v. United States, No. 92-6834, 1993 WL 211560, at *1 (4th Cir. June 17, 1993); Gadson v. STEPA Pers. Dir., CIV. A. No. 89-152, 1989 WL 3485, at *2 (E.D. Pa. Jan. 12, 1989). The largely incoherent allegations in Gadson's submissions do not suggest that Gadson is in imminent danger of serious physical harm. Accordingly, by Memorandum Order entered on December 21, 2009,

2009, the Court denied Gadson's request to proceed in forma pauperis and directed Gadson to pay the full $350.00 filing fee within eleven (11) days of the date of entry thereof.

Gadson has requested an extension of time. His incoherent motion for an extension of time does not state good cause for an extension of time. See Fed. R. Civ. P. 6(b)(1)(A). Because Gadson has not paid the filing fee, the action will be DISMISSED WITHOUT PREJUDICE.

The Clerk of the Court is DIRECTED to send a copy of the Memorandum Opinion to Gadson.

An appropriate Order shall accompany this Memorandum Opinion.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: February 4, 2010